DANIEL G. BOGDEN
United States Attorney
District of Nevada
ALLISON L. HERR
Special Assistant United States Attorney
333 Las Vegas Boulevard South
Suite 5000
Las Vegas, Nevada 89101
702-388-6336



FILED / ENTERED   RECEIVED / SERVED ON
COUNSEL/PARTIES OF RECORD

MAR 16 2015

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:14-cr-00358-JCM-GWF |
| Plaintiff, | |
| Vs. | STIPULATION AND ORDER TO UNSEAL FILE |
| JAMES EDWARD WILDER, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Daniel Bogden, United States Attorney; Allison L. Herr, Special Assistant United States Attorney, counsel for the United States of America and Michael Becker, counsel for defendant JAMES EDWARD WILDER, that an order be issued unsealing Case No: 2:15-cr-00358-JCM-GWF and any pleading filed thereunder.

The defendant has appeared in open court and both parties are aware of the instant proceedings. Consequently there is no further investigative necessity that the matter remained

///

///

///

under seal. Due to an oversight at the initial appearance the parties failed to move to unseal the indictment however both the government and defense agree that the matter may be unsealed.

DATED this 6th day of March, 2015.

DANIEL G. BOGDEN
United States Attorney

By: /s/ Allison Herr                By: /s/ Michael Becker
ALLISON L. HERR                        MICHAEL BECKER
Special Assistant United States Attorney   Attorney for the Defendant

### ORDER

IT IS SO ORDERED that Case No 2:14-cr-00358-JCM-GWF may be unsealed.

DATED this 18th day of March, 2015.

/s/ George Foley Jr.
HONORABLE GEORGE W. FOLEY
UNITED STATES MAGISTRATE JUDGE

2