```
                FILED            RECEIVED
                ENTERED          SERVED ON
                         COUNSEL/PARTIES OF RECORD

                    APR 1 1 2016

                  CLERK US DISTRICT COURT
                    DISTRICT OF NEVADA
         BY:                          DEPUTY
```

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) 2:14-CR-358-JCM-(GWF) |
| JAMES EDWARD WILDER, | ) |
| Defendant. | ) |

**PRELIMINARY ORDER OF FORFEITURE**

This Court finds that defendant JAMES EDWARD WILDER pled guilty to Count One of a One-Count Criminal Information charging him with Possession of Child Pornography in violation of Title 18, United States Code, Section 2252A(a)(5)(B). Criminal Information, ECF No. __; Change of Plea, ECF No. __; Plea Agreement, ECF No. __.

This Court finds defendant JAMES EDWARD WILDER agreed to the forfeiture of the property set forth in Forfeiture Allegations of the Criminal Information. Criminal Information, ECF No. __; Change of Plea, ECF No. __.

This Court finds, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2), the United States of America has shown the requisite nexus between property set forth in the Forfeiture Allegations of the Criminal Information and the offense to which defendant JAMES EDWARD WILDER pled guilty.

The following assets are any visual depiction described in Title 18, United States Code, Section 2252A, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of

Title 18, United States Code, Section 2252A(a)(5)(B) and any property, real or personal, used or intended to be used to commit or to promote the commission of violations of Title 18, United States Code, Section 2252A(a)(5)(B) or any property traceable to such property, and are subject to forfeiture pursuant to Title 18, United States Code, Section 2253(a)(1) and (a)(3):

1. Hewlett Packard Pavilion Slimline 400 computer tower, Serial No. 3CR3300748;
2. 1 TB SATA WD10EZEX hard drive, Serial No. WCC154222155, located within the HP Pavilion Slimline computer tower;
3. Seagate IDE ST3300831A 300 GB hard drive, Serial No. 3NF0LSCE;
4. Hitachi HDT725025VLA380 250GB SATA hard drive, Serial No. VFJ101R71EZ9EK;
5. MSI MS-1681 laptop, Serial No. A6200-038USK1001000805; and
6. Seagate 320GB SATA ST9320325AS hard drive, Serial No. 6VE1CCN5, located within the MSI MS-1681 laptop.

(all of which constitutes property).

This Court finds the United States of America is now entitled to, and should, reduce the aforementioned property to the possession of the United States of America.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States of America should seize the aforementioned property.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED all right, title, and interest of JAMES EDWARD WILDER in the aforementioned property is forfeited and is vested in the United States of America and shall be safely held by the United States of America until further order of the Court.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the United States of America shall publish for at least thirty (30) consecutive days on the official internet government forfeiture website, www.forfeiture.gov, notice of this Order, which shall describe the forfeited property, state the time under the applicable statute when a petition contesting the forfeiture must be filed, and state the

1  name and contact information for the government attorney to be served with the petition, pursuant to
2  Fed. R. Crim. P. 32.2(b)(6) and Title 21, United States Code, Section 853(n)(2).

3  IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any individual or entity
4  who claims an interest in the aforementioned property must file a petition for a hearing to adjudicate
5  the validity of the petitioner's alleged interest in the property, which petition shall be signed by the
6  petitioner under penalty of perjury pursuant to Title 21, United States Code, Section 853(n)(3) and
7  Title 28, United States Code, Section 1746, and shall set forth the nature and extent of the petitioner's
8  right, title, or interest in the forfeited property and any additional facts supporting the petitioner's
9  petition and the relief sought.

10  IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a petition, if any, must be filed
11  with the Clerk of the Court, 333 Las Vegas Boulevard South, Las Vegas, Nevada 89101, no later than
12  thirty (30) days after the notice is sent or, if direct notice was not sent, no later than sixty (60) days
13  after the first day of the publication on the official internet government forfeiture site,
14  www.forfeiture.gov.

15  IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a copy of the petition, if any,
16  shall be served upon the Asset Forfeiture Attorney of the United States Attorney's Office at the
17  following address at the time of filing:

18  Daniel D. Hollingsworth
    Assistant United States Attorney
19  Lloyd D. George United States Courthouse
    333 Las Vegas Boulevard South, Suite 5000
20  Las Vegas, Nevada 89101.

21  IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the notice described herein
22  need not be published in the event a Declaration of Forfeiture is issued by the appropriate agency
23  following publication of notice of seizure and intent to administratively forfeit the above-described
24  property.
25  / / /
26  / / /

1     IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send copies of
2 this Order to all counsel of record.
3     DATED this 11th day of April, 2016.

                                            UNITED STATES DISTRICT JUDGE