MICHAEL L. BECKER, ESQ.
Nevada Bar No. 8765
ADAM M. SOLINGER, ESQ.
Nevada Bar No. 13963
LAS VEGAS DEFENSE GROUP, LLC
2300 W. Sahara Avenue, Suite 450
Las Vegas, NV 89102
(702) 331-2725- Telephone
Attorneys for Defendant

UNITED STATES DISTRICT COURT
DISTRICT COURT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | CASE NO.: 2:14-CR-358-JCM-GWF |
| vs. | |
| | STIPULATION AND ORDER TO CONTINUE SENTENCING |
| JAMES EDWARD WILDER, | |
| Defendant. | |

    IT IS HEREBY STIPULATED by and between JAMES EDWARD WILDER, Defendant, by and through his counsel, DANIEL R. PAGE, ESQ., and the United States of America, by and through, CRISTINA D. SILVA, ESQ., Assistant United States Attorney, that the sentencing in the above-captioned matter currently scheduled for September 27, 2016 at the hour of 10:00 A.M. be vacated and continued for thirty (30) days, or to a date and time to be set by this Honorable Court.

    This Stipulation is entered into for the following reasons:

1.     Counsel spoke to the Defendant, James Edward Wilder, and he has no opposition to the continuance;

2. That the Sentencing Memorandum is nearly complete; however, Mr. Wilder would like to review this memorandum with his of counsel attorney prior to the date that the memorandum is filed;

3. That the soonest this can take place is Monday September 26, 2016, the day before sentencing is to take place;

4. That as a result, the memorandum could not be timely filed;

5. Counsel has spoken to the Assistant United States Attorney, Cristina D. Silva, and she has no opposition to the continuance;

6. Denial for this request for continuance would deny the parties herein time and the opportunity within to effectively and thoroughly research and prepare fro the sentencing in this case, taking into account the exercise of due diligence;

7. Additionally, denial of this request for continuance would result in a miscarriage of justice;

8. For all of the above-stated reasons, the ends of justice would best be served by a continuance of the sentencing date;

9. This is the second request for a continuance of the sentencing date in this case.

DATED this 21st day of September, 2016.

/s/ Adam M. Solinger, Esq.                               /s/ Cristina D. Silva, Esq
ADAM M. SOLINGER, ESQ.                          CRISTINA D. SILVA, ESQ.
Nevada Bar No. 13963                                      ATTORNEY FOR PLAINTIFF
2300 W. Sahara Ave., Ste. 450
Las Vegas, NV 89102

## FINDINGS OF FACT

Based on the pending Stipulation of Counsel, and good cause appearing therefore, the Court finds:

1. Counsel has spoken to the Defendant, James Edward Wilder, and he has no opposition to the continuance;

2. The purpose of this request is for Mr. Wilder's of counsel attorney to have the opportunity to review the sentencing memorandum prior to filing the memorandum;

3. Counsel has spoken to the Assistant United States Attorney, Christina D. Silva, and she has no opposition to the continuance;

4. Additionally, denial of this request for continuance would result in a miscarriage of justice;

5. For all of the above-stated reasons, the ends of justice would best be served by a continuance of the sentencing date.

## CONCLUSIONS OF LAW

The end of justice served by granting said continuance outweigh the best interest of the public and defendant in a speedy trial since the failure to grant said continuance would likely result in a miscarriage of justice, would deny the parties herein sufficient time and the opportunity within which to be able to effectively and thoroughly prepare for sentencing taking into account the exercise of due diligence.

///

///

**ORDER**

IT IS ORDERED that sentencing currently scheduled for September 27, 2016, at the hour of 10:00 a.m., be vacated and continued to this the **27th day of October, 2016 at 10:00 a.m.**

DATED September 22, 2016.

_____
U.S. DISTRICT COURT JUDGE