_____ FILED                    _____ RECEIVED
_____ ENTERED                  _____ SERVED ON
                    COUNSEL/PARTIES OF RECORD

DEC - 1 2016

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:14-CR-358-JCM-(GWF) |
| Plaintiff, | ) | |
| v. | ) | Final Order of Forfeiture |
| JAMES EDWARD WILDER, | ) | |
| Defendant. | ) | |

The United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2) and Title 18, United States Code, Section 2253(a)(1) and (a)(3) based upon the plea of guilty by defendant James Edward Wilder to the criminal offense, forfeiting the property set forth in the Plea Agreement and the Forfeiture Allegations of the Criminal Information and shown by the United States to have the requisite nexus to the offense to which defendant James Edward Wilder pled guilty. Criminal Information, ECF No. 42; Change of Plea, ECF No. 39; Preliminary Order of Forfeiture, ECF No. 40; Plea Agreement, ECF No. 44.

This Court finds the United States of America published the notice of forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively from April 20, 2016, through May 19, 2016, notifying all potential third parties of their right to petition the Court. Notice of Filing Proof of Publication, ECF No. 47.

This Court finds no petition was filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

1    This Court finds no petitions are pending with regard to the property named herein and

2  the time for presenting such petitions has expired.

3    THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all

4  right, title, and interest in the property hereinafter described is condemned, forfeited, and vested

5  in the United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R.

6  Crim. P. 32.2(c)(2); Title 18, United States Code, Section 2253(a)(1) and (a)(3); and Title 21,

7  United States Code, Section 853(n)(7) and shall be disposed of according to law:

8    1.  Hewlett Packard Pavilion Slimline 400 computer tower, Serial No.

9        3CR3300748;

10    2.  1 TB SATA WD10EZEX hard drive, Serial No. WCC154222155, located

11        within the HP Pavilion Slimline computer tower;

12    3.  Seagate IDE ST3300831A 300 GB hard drive, Serial No. 3NF0LSCE;

13    4.  Hitachi HDT725025VLA380 250GB SATA hard drive, Serial No.

14        VFJ101R71EZ9EK;

15    5.  MSI MS-1681 laptop, Serial No. A6200-038USK1001000805; and

16    6.  Seagate 320GB SATA ST9320325AS hard drive, Serial No. 6VE1CCN5,

17        located within the MSI MS-1681 laptop

18  (all of which constitutes property).

19    IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited

20  funds, including but not limited to, currency, currency equivalents, certificates of deposit, as

21  well as any income derived as a result of the United States of America's management of any

22  property forfeited herein, and the proceeds from the sale of any forfeited property shall be

23  disposed of according to law.

24  / / /

25  / / /

26  / / /

2

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send copies of this Order to all counsel of record.

DATED this _____ day of _____, 2016.

UNITED STATES DISTRICT JUDGE